IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN JAMAL WILLIFORD, | Civ. No. 1:23-CV-431 |
| Plaintiff, | |
| v. | |
| | (Magistrate Judge Bloom) |
| CARLISLE BOROUGH POLICE DEPARTMENT, et al., | |
| Defendants. | |

## ORDER

AND NOW, this 13th day of November 2023, for the reasons outlined in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the defendants' motions to dismiss (Docs. 17, 27) are GRANTED. Defendants Carlisle Borough Police Department, Jaime Keating, and Courtney Hair LaRue are dismissed from this action with prejudice.

*S/ Daryl F. Bloom*
Daryl F. Bloom
United States Magistrate Judge
