IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN JAMAL WILLIFORD, | : | Civ. No. 1:23-CV-431 |
| Plaintiff, | : | |
| v. | : | (Magistrate Judge Bloom) |
| CHRISTOPHER COLLARE, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 9th day of May 2024, for the reasons outlined in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the defendant's motion to dismiss (Doc. 46) is GRANTED, and the plaintiff's complaint is DISMISSED WITH PREJUDICE. The Clerk of Court is directed to close this case.

<u>S/ Daryl F. Bloom</u>
Daryl F. Bloom
United States Magistrate Judge